# United States Court of Appeals
## For the First Circuit

No. 23-1088

IN RE: REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,

Petitioner.

**NOTICE**

Issued: March 17, 2023

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Kenneth Kimerling
Katherine L.I. Hacker
Priya A. Lane
Rahsaan D. Hall
Matthew M. Cregor
Claylan Boyden Gray
James R. Conde
Emily Hockett
J Scott McBride
Christopher Lapinig
Jennifer N. Seich
Meg E. Fasulo
Lee C. Cheng
Krista J. Perry
John J. Park
Jennifer N. Seich

The following attorneys will continue to receive notice in this case:

Brittany Amadi
Robert A. Bertsche
Randall Baldwin Clark
Grayson Clary

Danielle Conley
John Michael Connolly
Kathryn R. Cook
Lawrence E. Culleen
Emma Dinan
Matthew J. Donnelly
Andrew S. Dulberg
Dwight Gerard Duncan
Felicia H. Ellsworth
Gordon M. Fauth Jr.
Sarah R. Frazier
Jeannie Suk Gersen
Ara B. Gershengorn
Jon M. Greenbaum
Adam R.F. Gustafson
Matthew S. Hellman
Sarah Hinger
Derek Tam Ho
Jennifer A. Holmes
John M. Hughes
Sherrilyn Ann Ifill
Rachel Kleinman
Douglass C. Lawrence
Jin Hee Lee
William F. Lee
Donald Campbell Lockhart
Steven L. Mayer
Thomas R. McCarthy
Cara McClellan
Adam K. Mortara
Joseph J. Mueller
Janai Nelson
Cameron Thomas Norris
Seth B. Orkand
Eric Grant Penley
Nancy Leeds Perkins
Marc John Randazza
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Paul M. Sanford
Sigmund D. Schutz
Matthew R Segal
Oren McCleary Sellstrom
Samuel Spital
Patrick N. Strawbridge
Kenneth N. Thayer

Natashia Tidwell
Genevieve Bonadies Torres
KatieLynn B. Townsend
Michaele N. Turnage Young
Thomas Samuel Vaseliou
Seth P. Waxman

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

    Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Antonio Lopez-Blanco - (617) 748-9060

cc:
Robert A. Bertsche, Sigmund D. Schutz, Eric Grant Penley, Katie Lynn B. Townsend, Grayson Clary, Paul M. Sanford, Patrick N. Strawbridge, Katherine L.I. Hacker, Thomas R. McCarthy, John Michael Connolly, Adam K. Mortara, J Scott McBride, John M. Hughes, Krista J. Perry, Meg E. Fasulo, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Debo P. Adegbile, Andrew S. Dulberg, Sarah R. Frazier, Brittany Amadi, Danielle Conley, Rahsaan D. Hall, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Priya A. Lane, Oren McCleary Sellstrom, Genevieve Bonadies Torres, Matthew M. Cregor, Christopher Lapinig, Dwight Gerard Duncan, Natashia Tidwell, Randall Baldwin Clark, Adam R.F. Gustafson, Claylan Boyden Gray, James R. Conde, Marc John Randazza, Gordon M. Fauth Jr., Lee C. Cheng, Madeleine Kristine Rodriguez, Kenneth Kimerling, Sarah Hinger, Richard J. Rosensweig, Sarah Elaine Harrington, Douglass C. Lawrence, John J. Park Jr., Donald Campbell, Lockhart, Matthew J. Donnelly, Jon M. Greenbaum, Derek Tam Ho, Seth B. Orkand, Matthew S. Hellman, Kathryn R. Cook, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Earl A. Kirkland III, Matthew R Segal, Jeannie Suk Gersen, Emily Hockett, Cameron Thomas Norris, Thomas Samuel Vaseliou, Jennifer N. Seich