IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| IN RE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, *Petitioner.* | Case No. 23-1088 |

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner Reporters Committee for Freedom of the Press hereby gives notice of our voluntary dismissal of this action without prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

**Dated: May 5, 2023**

*/s/ Katie Townsend*
Katie Townsend
 *Counsel of Record for Petitioner*
Reporters Committee for
 Freedom of the Press
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310