# United States Court of Appeals
## For the First Circuit

No. 23-1088

IN RE: REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,

Petitioner.

**JUDGMENT**

Entered: May 16, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of petitioner's unopposed motion, it is hereby ordered that this case be voluntarily dismissed.


By the Court:

Maria R. Hamilton, Clerk


cc:
Robert A. Bertsche, Sigmund D. Schutz, Eric Grant Penley, KatieLynn B. Townsend, Grayson Clary, Paul M. Sanford, Patrick N. Strawbridge, Thomas R. McCarthy, John Michael Connolly, Cameron Thomas Norris, Adam K. Mortara, John M. Hughes, Thomas Samuel Vaseliou, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Debo P. Adegbile, Andrew S. Dulberg, Sarah R. Frazier, Brittany Amadi, Danielle Conley, Paul R.Q. Wolfson, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Genevieve Bonadies Torres, Jon M. Greenbaum, Dwight Gerard Duncan, Natashia Tidwell, Seth B. Orkand, Matthew S. Hellman, Randall Baldwin Clark, Adam R.F. Gustafson, Marc John Randazza, Gordon M. Fauth Jr., Richard J. Rosensweig, Sarah Elaine Harrington, Derek Tam Ho, Madeleine Kristine Rodriguez, Kathryn R. Cook, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Sarah Hinger, Matthew R Segal, Douglass C. Lawrence, Donald Campbell Lockhart, Matthew J. Donnelly, Jeannie Suk Gersen, Dean Richlin Bradley Oppenheimer, Minsuk Han, Joseph Wenner