# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1088          **Short Title:** Reporters Committee

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Students for Fair Admissions, Inc.                                                      as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [X] respondent(s)        [ ] intervenor(s)

/s/ Cam Norris
Signature

1/25/2023
Date

Cameron T. Norris
Name

Consovoy McCarthy PLLC
Firm Name (if applicable)

703-243-9423
Telephone Number

1600 Wilson Blvd., Suite 700
Address

Fax Number

Arlington, VA 22209
City, State, Zip Code

cam@consovoymccarthy.com
Email (required)

Court of Appeals Bar Number: 1186844

Has this case or any related case previously been on appeal?

[ ] No          [X] Yes     Court of Appeals No. 15-1823, 18-8022, 19-2005

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).