# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1088                **Short Title:** Reporters Committee

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Students for Fair Admissions, Inc.</u> as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [X] respondent(s)        [ ] intervenor(s)

<u>/s/ Mike Connolly</u>                    <u>1/25/2023</u>
Signature                                  Date

<u>J. Michael Connolly</u>
Name

<u>Consovoy McCarthy PLLC</u>              <u>703-243-9423</u>
Firm Name (if applicable)                  Telephone Number

<u>1600 Wilson Blvd., Suite 700</u>
Address                                    Fax Number

<u>Arlington, VA 22209</u>                  <u>mike@consovoymccarthy.com</u>
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: <u>1170025</u>

Has this case or any related case previously been on appeal?

[ ] No          [X] Yes    Court of Appeals No. <u>15-1823, 18-8022, 19-2005</u>

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).