# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1088  **Short Title:** Reporters Committee

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Students for Fair Admissions, Inc.</u> as the

[ ] appellant(s)  [ ] appellee(s)  [ ] amicus curiae

[ ] petitioner(s)  [X] respondent(s)  [ ] intervenor(s)

<u>/s/ Tom McCarthy</u>  <u>1/25/2023</u>
Signature  Date

<u>Thomas R. McCarthy</u>
Name

<u>Consovoy McCarthy PLLC</u>  <u>703-243-9423</u>
Firm Name (if applicable)  Telephone Number

<u>1600 Wilson Blvd., Suite 700</u>
Address  Fax Number

<u>Arlington, VA 22209</u>  <u>tom@consovoymccarthy.com</u>
City, State, Zip Code  Email (required)

Court of Appeals Bar Number: <u>1170024</u>

Has this case or any related case previously been on appeal?

[ ] No  [X] Yes  Court of Appeals No. <u>15-1823, 18-8022, 19-2005</u>

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).