# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1088             **Short Title:** Reporters Committee

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: President and Fellows of Harvard College as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [✓] respondent(s)        [ ] intervenor(s)

/s/ Seth P. Waxman  
Signature

1/25/2023  
Date

Seth P. Waxman  
Name

Wilmer Cutler Pickering Hale and Dorr LLP  
Firm Name (if applicable)

202-663-6800  
Telephone Number

2100 Pennsylvania Avenue NW  
Address

202-663-6363  
Fax Number

Washington, DC 20037  
City, State, Zip Code

Seth.Waxman@wilmerhale.com  
Email (required)

Court of Appeals Bar Number: 70351

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes      Court of Appeals No. 15-1823, 18-8022, 19-2005

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).