# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1088     **Short Title:** Reporters Committee

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: President and Fellows of Harvard College as the

[ ] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [✓] respondent(s)     [ ] intervenor(s)

/s/ Felicia H. Ellsworth
Signature

1/25/2023
Date

Felicia H. Ellsworth
Name

Wilmer Cutler Pickering Hale and Dorr LLP
Firm Name (if applicable)

617-526-6687
Telephone Number

60 State Street
Address

617-526-5000
Fax Number

Boston, MA 02109
City, State, Zip Code

Felicia.Ellsworth@wilmerhale.com
Email (required)

Court of Appeals Bar Number: 125074

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 15-1823, 18-8022, 19-2005

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).