# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1088     **Short Title:** In re Reporters Committee for

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Reporters Committee for Freedom of the Press     as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[✔] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Katie Townsend
Signature

1/26/23
Date

Katie Townsend
Name

Reporters Committee for Freedom of the Press
Firm Name (if applicable)

202-795-9300
Telephone Number

1156 15th Street NW, Suite 1020
Address

202-795-9310
Fax Number

Washington, DC 20005
City, State, Zip Code

ktownsend@rcfp.org
Email (required)

Court of Appeals Bar Number: 1190822

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes     Court of Appeals No. 15-1823, 18-8022, 19-2055, 23-1079

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).