# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1088        **Short Title:** Reporters Committee

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
President and Fellows of Harvard College                                                                 as the

[ ] appellant(s)         [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)        [✓] respondent(s)       [ ] intervenor(s)

/s/ Ara B. Gershengorn                                   February 1, 2023
Signature                                                Date

Ara B. Gershengorn
Name

Harvard University Office of the General Counsel       617-495-8210
Firm Name (if applicable)                               Telephone Number

1350 Massachusetts Ave Ste 980                          617-526-5000
Address                                                 Fax Number

Cambridge, MA 02138                                     ara_gershengorn@harvard.edu
City, State, Zip Code                                   Email (required)

Court of Appeals Bar Number: 91654

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes    Court of Appeals No. 15-1823, 18-8022, 19-2005

=====================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).