# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1079, 23-1088     **Short Title:** Students for Fair Admissions

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College     as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Felicia H. Ellsworth  
Signature

February 1, 2023  
Date

Felicia H. Ellsworth  
Name

Wilmer Cutler Pickering Hale and Dorr LLP  
Firm Name (if applicable)

617-526-6687  
Telephone Number

60 State Street  
Address

617-526-5000  
Fax Number

Boston, MA 02109  
City, State, Zip Code

Felicia.Ellsworth@wilmerhale.com  
Email (required)

Court of Appeals Bar Number: 125074

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 15-1823, 19-2005

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).