# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1079, 23-1088     **Short Title:** Students for Fair Admissions

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College _____ as the

[ ] appellant(s)       [✓] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ Ara B. Gershengorn
Signature

February 1, 2023
Date

Ara B. Gershengorn
Name

Harvard University Office of the General Counsel
Firm Name (if applicable)

617-495-8210
Telephone Number

1350 Massachusetts Ave Ste 980
Address

617-526-5000
Fax Number

Cambridge, MA 02138
City, State, Zip Code

ara_gershengorn@harvard.edu
Email (required)

Court of Appeals Bar Number: 91654

Has this case or any related case previously been on appeal?

[ ] No       [✓] Yes    Court of Appeals No. 15-1823, 19-2005

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).