# United States Court of Appeals
## For the First Circuit

_____

No. 23-1079

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff - Appellee,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant - Appellees,

------------------------------------------------------------

REPORTERS COMMITTEE FOR FREEDOM,

Interested Party - Appellant.

_____

No. 23-1088

IN RE: REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,

Petitioner.

_____

**ORDER OF COURT**

Entered: February 9, 2023

     In light of the pending motion for reconsideration of the district court's order of December 19, 2022, the motion to consolidate Nos. 23-1079 and 23-1088 filed by appellant-petitioner Reporters Committee for Freedom of the Press is <u>denied</u> without prejudice.  The parties are directed to file, within three days of the district court's anticipated disposition of the motion for reconsideration, a joint proposed briefing schedule encompassing both matters.  Appellant-petitioner may move anew to consolidate the matters at that time.

     <u>So ordered</u>.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Allison Dale Burroughs
Robert Farrell, Clerk, United States District Court for the District of Massachusetts

Robert A. Bertsche, Sigmund D. Schutz, Eric Grant Penley, Katie Lynn B. Townsend, Grayson Clary, Paul M. Sanford, Patrick N. Strawbridge, Katherine L.I. Hacker, Thomas R. McCarthy, John Michael Connolly, Adam K. Mortara, J Scott McBride, John M. Hughes, Krista J. Perry, Meg E. Fasulo, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Debo P. Adegbile, Andrew S. Dulberg, Sarah R. Frazier, Brittany Amadi, Danielle Conley, Rahsaan D. Hall, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Priya A. Lane, Oren McCleary Sellstrom, Genevieve Bonadies Torres, Matthew M. Cregor, Christopher Lapinig, Dwight Gerard Duncan, Natashia Tidwell, Randall Baldwin Clark, Adam R.F. Gustafson, Claylan Boyden Gray, James R. Conde, Marc John Randazza, Gordon M. Fauth Jr., Lee C. Cheng, Madeleine Kristine Rodriguez, Kenneth Kimerling, Sarah Hinger, Richard J. Rosensweig, Sarah Elaine Harrington, Douglass C. Lawrence, John J. Park Jr., Donald Campbell Lockhart, Matthew J. Donnelly, Jon M. Greenbaum, Derek Tam Ho, Seth B. Orkand, Matthew S. Hellman, Kathryn R. Cook, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Earl A. Kirkland III, Matthew R Segal, Jeannie Suk Gersen, Emily Hockett, Cameron Thomas Norris, Thomas Samuel Vaseliou, Jennifer N. Seich