# United States Court of Appeals
## For the First Circuit

No. 23-1088

IN RE: REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,

Petitioner.

### NOTICE

Issued: February 10, 2023

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After February 27, 2023, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Kenneth Kimerling, Katherine L.I. Hacker, Priya A. Lane, Rahsaan D. Hall, Matthew M. Cregor, Claylan Boyden Gray, James R. Conde, Emily Hockett, J Scott McBride, Christopher Lapinig, Jennifer N. Seich, Meg E. Fasulo, Lee C. Cheng, Krista J. Perry and John J. Park

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Antonio Lopez-Blanco - (617) 748-9060

cc:
Robert A. Bertsche, Sigmund D. Schutz, Eric Grant Penley, Katie Lynn B. Townsend, Grayson Clary, Paul M. Sanford, Patrick N. Strawbridge, Katherine L.I. Hacker, Thomas R. McCarthy, John Michael Connolly, Adam K. Mortara, J Scott McBride, John M. Hughes, Krista J. Perry, Meg E. Fasulo, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Debo P. Adegbile, Andrew S. Dulberg, Sarah R. Frazier, Brittany Amadi, Danielle Conley, Rahsaan D. Hall, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Priya A. Lane, Oren McCleary Sellstrom, Genevieve Bonadies Torres, Matthew M. Cregor, Christopher Lapinig, Dwight Gerard Duncan, Natashia Tidwell, Randall Baldwin Clark, Adam R.F. Gustafson, Claylan Boyden Gray, James R. Conde, Marc John Randazza, Gordon M. Fauth Jr., Lee C. Cheng, Madeleine Kristine Rodriguez, Kenneth Kimerling, Sarah Hinger, Richard J. Rosensweig, Sarah Elaine Harrington, Douglass C. Lawrence, John J. Park Jr., Donald Campbell, Lockhart, Matthew J. Donnelly, Jon M. Greenbaum, Derek Tam Ho, Seth B. Orkand, Matthew S. Hellman, Kathryn R. Cook, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Earl A. Kirkland III, Matthew R Segal, Jeannie Suk Gersen, Emily Hockett, Cameron Thomas Norris, Thomas Samuel Vaseliou, Jennifer N. Seich